UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                      Plaintiff,<br><br>v.<br><br>OFFICER NAVARRO, et al.,<br><br>                      Defendants. | Case No.: 18cv1581-WQH(KSC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[Doc. No. 42.]** |

Before the Court is defendants' *Ex Parte* Application to Continue the Mandatory Settlement Conference. [Doc. No. 42.] In the *Ex Parte* Application, defendants request that the Court continue the Mandatory Settlement Conference until September 2020. The reason for the request is the ongoing COVID-19 public health emergency. In support of their *Ex Parte* Application, defendants submitted a Declaration by counsel and a copy of correspondence from the California Department of Corrections and Rehabilitation (CDCR) outlining and explaining the measures being taken to protect the health and safety of inmates and staff. To control the spread of the virus, the (CDCR) has severely limited the movement of inmates within each facility. Legal visits and telephonic appearances have been limited to urgent and emergency matters. [Doc. No. 42, at p. 2; Doc. No. 42-1, at pp. 4, 7.]

1  Good cause appearing, defendants' *Ex Parte* Application is GRANTED. Accordingly, IT IS HEREBY ORDERED that the Mandatory Settlement Conference previously scheduled for June 29, 2020 is continued and will be conducted *telephonically* on **September 28, 2020** at **2:00 p.m.** before **Magistrate Judge Karen S. Crawford**. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers by **September 21, 2020**. Defense counsel shall arrange for plaintiff to appear by telephone and shall initiate the telephonic conference by calling Judge Crawford's chambers with plaintiff on the line.

All other terms and condition of the original Scheduling Order [Doc. No. 30] shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: June 23, 2020

Hon. Karen S. Crawford
United States Magistrate Judge