UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                         Plaintiff,<br><br>v.<br><br>OFFICER NAVARRO, et al.,<br><br>                         Defendant. | Case No.: 18-CV-1581 TWR (KSC)<br><br>**INDICATIVE RULING**<br><br>(ECF No. 175) |

      Presently before the Court are Plaintiff's objections (ECF No. 175, "Obj.") to Magistrate Judge Karen S. Crawford's Report and Recommendation re Defendants' Motion for Summary Judgment (ECF No. 172, "R&R") recommending that the Court grant Defendant's Motion. The Court adopted the Report and Recommendation on September 30, 2022, prior to receiving Plaintiff's objections, and closed the case. (ECF No. 173.) Plaintiff had timely mailed his objections to the Report and Recommendation, but they did not reach the Court before the filing deadline. (*See generally* "Obj.") Before the Court had an opportunity to review and rule on Plaintiff's objections, Plaintiff filed a notice of appeal (ECF No. 176) divesting this Court of jurisdiction. *See Stein v. Wood*, 127 F.3d

/ / /

/ / /

1187, 1189 (9th Cir. 1997). If the Court had jurisdiction, it would consider and rule on Plaintiff's objections. *See Mendia v. Garcia*, 874 F.3d 1118, 1121–22 (9th Cir. 2017).

Dated: October 20, 2022

_____
Honorable Todd W. Robinson
United States District Judge